

# THE THIRTEENTH COURT OF APPEALS

## 13-12-00398-CV

PATSY JEAN JOHNSON AKA PATRICIA M. JOHNSON
v.
WAYNE VENTLING

On Appeal from the
94th District Court of Nueces County, Texas
Trial Cause No. 95-463-C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed in part, and the case should be remanded to the trial court. The Court orders the judgment of the trial court AFFIRMED IN PART, REVERSED AND RENDERED IN PART AND REVERSED AND REMANDED IN PART. Costs of the appeal are adjudged 50% against appellant and against appellee.

We further order this decision certified below for observance.

December 19, 2013